IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 12 B 84188 |
| | ) | |
| MARK D. MERCER | ) | CHAPTER 11 |
| | ) | |
| Debtor. | ) | JUDGE THOMAS LYNCH |

## NOTICE OF MOTION ON DEBTOR'S MOTION FOR FINAL DECREE

To: Debtor, U.S. Trustee and all other parties in interest per attached Service list

The debtor's Third Reorganization Plan dated April 14, 2014 ("Plan") was confirmed by entry of order by Bankruptcy Judge Thomas Lynch on May 19, 2014. Debtor has commenced payments under the Plan and has filed a Motion for Final Decree.

YOU ARE HEREBY NOTIFIED that a hearing on the motion for final decree will be held on the 18th day of June, 2014 at 10:30 a.m., or as soon thereafter as counsel may be heard, before the Honorable Judge Thomas Lynch, in Courtroom 3100, 327 S. Church Street, Rockford, Illinois at which time you may appear if you deem fit.

DATED this 11th day of June, 2014

/s/ Richard G. Larsen
Attorney for Debtor

Richard G. Larsen
Springer Brown, LLC
400 S County Farm Road
Suite 330
Wheaton, Illinois 60187
630-510-0000
rlarsen@springerbrown.com

## CERTIFICATE OF SERVICE

The undersigned certifies that he served the above and forgoing Notice and Motion by depositing in the United States Mail at Wheaton, Illinois, a true and correct copy therof in a sealed envelope, first class postage prepaid, addressed to all parties as set forth herein on the 11th day of June, 2014

/s/ Richard G. Larsen
Attorney for Debtor

1

## Service List

*Via ECF Service:*

Patrick S. Layng
Office of the U.S. Trustee, Region 11
780 Regent St., Suite 304
Madison, WI 53715

Toni Dillon
Pierce & Associates
One North Dearborn, Suite 1300
Chicago, IL 60602

Victoria Glidden
Hinshaw & Culbertson
P.O. Box 1389
Rockford, IL 61105

Robert D. Lowe
Gilbert & Lowe P.C.
3400 North Rockton Ave.
Rockford, IL 61103

Andrew J. Nelson
Pierce & Associates
1 North Dearborn, Suite 1300
Chicago, IL 60602

Jason H. Rock
Barrick Switzer Law Office
6833 Stalter Drive, First Floor
Rockford, IL 61108

Carole J. Ryczek
U.S. Trustee's Ofice
780 W. Regent St., Suite 304
Madison, WI 53715

Rachael A. Stokas
Codilis & Assoicates
15W030 N. Frontage, Suite 100
Burr Ridge, IL 60527

Joseph Kremar
Two Prudential Plaza
180 N. Stetson Avenue, Suite 4525
Chicago, IL 60601

### *Via U.S. Mail Service:*

U.S. Bankruptcy Court
Western Division
327 South Church Street
Rockford, IL 61101

Mark D. Mercer
977 Indian Terrace
Rockford, IL 61103

21st Mortgage Corporation
P.O. Box 477
Knoxville, TN 37901

Blackhawk State Bank
c/o Attorney Jason H. Rock
6833 Stalter Drive
Rockford, IL 61108

Byron Bank
c/o Victoria R. Glidden
Hinshaw & Culbertson LLP
100 Park Ave.
Rockford, IL 61105

Green Tree Services, LLC
7360 S. Kyrene Road
Tempe, AZ 85283

A Sign Design
125 Wallace
Machesney Park, IL 61115

Alpine Bank
P.O. Box 6086
Rockford, IL 61125

American Service
c/o Freedman, Anselmo & Lindberg
P.O. Box 3228
Naperville, IL 60566

Anthony A. Petrocchi
1601 Elm St., Ste. 1900
Dallas, TX 75201

BSI Financial
P.O. Box 517
Titusville, PA 16354

Bank of America
P.O. Box 15026
Wilmington, DE 19850

Bank of America Home Loans
P.O. Box 941633
Simi Valley, CA 93094

Bank of America
c/o Attorney Andrew J. Nelson
Pierce & Associates, P.C.
1 North Dearborn, Suite 1300
Chicago, IL 60602

Bank of America, N.A.
c/o Ocwen Loan Servicing, LLC
Attn: Bankruptcy Department
1661 Worthington Road, Suite 100
West Palm Beach, FL 33409

Bank of America, N.A.
c/o Pierce & Associates, P.C.
Bankruptcy Department
1 North Dearborn, Suite 1300

Chicago, IL 60602

Bank of New York Mellon
c/o Noonan & Liberman
105 W. Adams, Ste. 1100
Chicago, IL 60603

Barbara Giorgi Vella
Vella & Lund
401 W. State St., Suite 300
Rockford, IL 61101

Beloit Clinic
1905 Heubbe Pkwy
Beloit, WI 53511

Blackhawk Bank
400 Broad St.
Beloit, WI 53511

Byron Bank
P.O. Box 901
Byron, IL 61010

Capital One Bank
P.O. Box 6492
Carol Stream, IL 60197

Capital One Bank (USA), N.A.
P.O. Box 71083
Charlotte, NC 28272

Chase
3415 Vision Dr.
Columbus, OH 43219

Chase Cardmember Service
P.O. Box 15153
Wilmington, DE 19886

6

Chase
c/o Codilis & Associates
15E030 N. Frontage Rd.,
Ste. 100
Burr Ridge, IL 60527

Chase
c/o Pierce & Associates
1 North Dearborn, 13th Floor
Chicago, IL 60602

Cicero France Barch & Alexander PC
6323 E. Riverside Blvd.
Rockford, IL 61114

City of Rockford
425 E. State Street
Rockford, IL 61104

Deron R. Benson
Attorney at Law
202 W. State St., Ste. 400
Rockford, IL 61101

FIA Card Services, N.A.
4161 Piedmont Parkway
NC 4 105 03 14
Greensboro, NC 27410

GMAC Mortgage
P.O. Box 4025
Coraopolis, PA 15108

GMAC Mortgage LLC fka
GMAC Mortgage Corporat
GMAC Mortgage, LLC
Attn: Bankruptcy Dept.
1100 Virginia Drive
Fort Washington, PA 19034

Greentree Servicing LLC
Bankruptcy Dept.
P.O. Box 6154
Rapid City, SD 57709

Green Tree Servicing LLC
7340 S. Kyrene Rd., T-120
Tempe, AZ 85283

H&R Accounts
7017 John Deere Parkway
Moline, IL 61265

IHC-Swedishamerican Emergency Phys. LLC
P.O. Box 3261
Milwaukee, WI 53201

Jeff Varble
1634 Post Ave.
Rockford, IL 61103

Jeffrey Broach
c/o Attorney Jason H. Rock
6833 Stalter Drive
Rockford, IL 61108

Jessica Pooley
c/o Resse & Reese
979 N. Main Street
Rockford, IL 61103

Joseph D. Olsen
1318 E. State St.
Rockford, IL 61104

MiraMed Revenue Group
Dept. 77304
P.O. Box 77000
Detroit, MI 48277

Mutual Management Services
401 E. State Street
Rockford, IL 61104

Nicolisi & Associates
363 Financial Court, Ste. 100
Rockford, IL 61107

Ocwen
P.O. Box 6440
Carol Stream, IL 60197

Pat McDevitt
3460 Valley Woods Drive
Cherry Valley, IL 61016

Patrick McCarten
c/o Attorney Tina Rippy
216 N. Court St.
Rockford, IL 61103

Radiology Consultants of Rockford
P.O. Box 4542
Rockford, IL 61110

Real Time Resolutions, Inc.
Agent for Bank of America (Countrywide)
1349 Empire Central Dr., Suite 150
Dallas, TX 75247

Rockford Health Physicians
Department 4701
Carol Stream, IL 60122

Rockford Health Phyicians
c/o Creditor's Protection Service

7

P.O. Box 4115
Rockford, IL 61110

Rockford Memorial
Hospital
Dept. 4628
Carol Stream, IL 60122

Rockford Mercantile
Agency, Inc.
2502 South Alpine Road
Rockford, IL 61108

Rockford Orthopedic
P.O. Box 5247
Rockford, IL 61125

Rutledge
204 Carlton
Rockford, IL 61103

Scott Nystrom
4910 Stone Quarry Rd.
Belvidere, IL 61008

Shawn Fulbright
1707 E. State St.

Rockford, IL 61104

Shriver, Oneil &
Thompson
515 N. Court St.
Rockford, IL 61103

Steven B. Bashaw, P.C.
1500 Eisenhower Lane,
Ste. 800
Lisle, IL 60532

Swedish American
Hospital
P.O. Box 310283
DesMoines, IA 50331

The Bank of New York
Mellon
Bank of America, N.A.
P.O. Box 660933
Dallas, TX 75266

U.S. Dept. of Treasury
c/o Diversified Collection
Services
P.O. Box 9046
Pleasanton, CA 94566

Virtuoso Sourcing Group,
Inc.
3033 S. Parker Rd., Ste.
1000
Aurora, CO 80014

Waterford Place
Condominium Assoc.
c/o Law Offices of Robert
D. Lowe
5301 W. State St., Ste.
215D
Rockford, IL 61108

Winnebago County
Treasurer
P.O. Box 1216
Rockford, IL 61105

Yellow Pages Marketing
BV
250 Park Ave., Suite 700
New York, NY 10177

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 12 B 84188 |
| | ) | |
| MARK D. MERCER | ) | CHAPTER 11 |
| | ) | |
| Debtor. | ) | JUDGE THOMAS LYNCH |

## MOTION FOR FINAL DECREE AND ORDER CLOSING CASE

NOW COMES the Debtor, MARK D. MERCER, by his attorneys, Richard G. Larsen and Springer Brown, LLC., and for their Motion for Final Decree pursuant to Bankruptcy Rule 3022 and Local Rule 3022-1, states as follows:

1. The order confirming the Debtor's Third Reorganization Plan dated April 14, 2014, ("Plan") was entered on May 19, 2014 and is a final order of this Court.

2. The status of payments due to each class and interest under the plan is as follows as of the date of presentment of this Motion:

   A. <u>Costs of Administration</u>

   Costs of Administration are paid in full with the exception of Debtor's professional fees which are being paid per agreement with those professionals.

   B. Class 1 – Everhome

   The claim of Everhome is being modified outside the plan.

   C. Class 2 – OCWEN

   Payment of this secured creditor has commenced and is current.

   D. Class 3 – Byron Bank

   Payment of this secured creditor has commenced and is current.

   E. Class 4 – Blackhawk Bank

   Payment of this secured creditor has commenced and is current.

2

 F. Class 5 – BAC Home Loans Servicing

 Payment of this secured creditor has commenced and is current.

 G. Class 6 – 21st Mortgage Corp.

 Payment of this secured creditor has commenced and is current.

 H. Class 7 – BOA Home Loans

 Payment of this secured creditor has commenced and is current.

 I. Class 8 – Pat McDevitt

 Payment of this secured creditor has commenced and is current.

 J. Class 9 – Chase Bank

 Payment of this secured creditor has commenced and is current.

 K. Class 10 – Scott Nystrom

 No payment is due under Class 10, which is being paid under Classes 13/14.

 L. Class 11 – Executory Contracts and Unexpired Leases

 All tenant leases are assumed.

 M. Class 12 – Waterford Place Condo Association

 Payment of this creditor has commenced and is current.

 N. Class 13/14 – Payment of these secured creditor has commenced and is current.

 O. Class 15 – Priority Secured Claims of Former Tenants

 Payment of these secured creditors has commenced and is current.

 3. Contested matters and adversary proceedings have been resolved.

 4. All current 11 U.S.C. §1930 quarterly fees and Clout costs have been paid.

 5. Debtor's counsel has notified all creditors of the estate of the scheduled hearing for final decree in this matter, as per the Certificate of Service. A proposed order is appended to this Motion.

3

WHEREFORE, Debtor prays for entry of a final decree closing this matter and for such other relief as the Court deem just.

Dated: June 11, 2014.

                                                        Respectfully submitted

                                                        Mark D. Mercer

                                                        By:/s/Richard G. Larsen
                                                        One of his attorneys

Richard G. Larsen
Springer Brown, LLC
400 S. County Farm Road
Suite 330
Wheaton, Illinois 60187
630-510-0000
rlarsen@springerbrown.com