UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Western Division

In Re: ) BK No.: 12-84188
)
MARK D. MERCER ) Chapter: 11
)
) Honorable Thomas M. Lynch
)
Debtor(s) )

### FINAL DECREE AND ORDER CLOSING CASE

The Third Amended Reorganization Plan under Chapter 11 of the Bankruptcy Code, having been filed by the Debtor dated April 14, 2014, and the Court having entered an Order of Confirmation of May 19, 2014, and the time for appeal having elapsed with no appeal or notice of appeal having been filed; and notice of the Debtor's Application for Final Decree having been given to all parties in interest, and the Court being advised in the premises, FINDS, based upon representations of Counsel,

1. Cost of administration are paid in full with the exception of Debtor's professional fees, which are being paid per agreement with those professionals.

2. All 11 U.S.C.§1930 quarterly fees have been paid and all court costs have been paid.

3. All payments of secured and unsecured debt are current.

4. There is no pending bankruptcy litigation including motions, contested matters, or adversary proceedings by or against the Debtor.

Enter:

Honorable Thomas M. Lynch
United States Bankruptcy Judge

Dated: June 18, 2014

**Prepared by:**

Richard G. Larsen
Springer Brown, LLC
400 S. County Farm Road
Suite 330
Wheaton, Illinois 60187
630-510-0000
rlarsen@springerbrown.com